UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR -7 AM 11:17

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. 08 MJ 1074 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 |
| **Rigoberto SOSA-Padilla,** Aka: Nicandro SOSA-Garcia | Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **April 5, 2008** within the Southern District of California, defendant, **Rigoberto SOSA-Padilla**, (aka: Nicandro SOSA-Garcia) an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF **APRIL 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Rigoberto SOSA-Padilla**
Aka: Nicandro SOSA-Garcia

## PROBABLE CAUSE STATEMENT

On April 05, 2008, Supervisory Border Patrol Agent M. Marks was assigned to Border Patrol Operations in the vicinity of Dulzura, California. At approximately 8:20 p.m. Agent Marks responded to a sensor activation approximately four miles west and three miles north of the Tecate, California Port of Entry.

Agent Marks approached the area and began following fresh footprints on a trail. After following the prints for awhile, he initially observed a group of twelve individuals walking on the trail. One individual was able to get away. When he approached the group he identified himself as a United States Border Patrol Agent. Upon questioning, all eleven individuals, including one later identified as the defendant **Rigoberto SOSA-Padilla**, (aka: Nicandro SOSA-Garcia) freely admitted to being citizens and nationals of Mexico without any immigration documents allowing them to enter or to remain in the United States legally. The subjects were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 22, 2002** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.